WILLIAM G. DOSS v. CHRISTOPHER DIETZ, ET AL.

April 28, 1987.

Petition for certification denied.

GREY REALTY COMPANY v. DONALD E. HOWARD.

April 28, 1987.

Petition for certification denied.

JUDGE PICKETT v. TRYON TRUCKING COMPANY.

April 28, 1987.

Petition for certification denied. (See 214 *N.J.Super.* 76)

MARIANNE PECULSKI v. PENN MUTUAL FIRE INSURANCE CO.
v. HARLEYSVILLE INSURANCE COMPANY.

April 28, 1987.

Petition for certification denied.